1 | ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
2 | DENNIS J. RHODES  (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
3 | WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4 | 525 Market Street, 17th Floor
San Francisco, CA  94105
5 | Tel: (415) 433-0990 / Fax: (415) 434-1370

6 | Attorneys for Real Party In Interest
RELIANCE STANDARD LIFE INSURANCE COMPANY

8 | LAURENCE F. PADWAY  (SBN 083914)
Email: lpadway@padway.com
9 | LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
10 | Alameda, CA  94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

Attorneys for Plaintiff VICTOR POLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR POLANCO, | Case No.:   CV09-03188 BZ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |
| v. | |
| GENENTECH, INC.'S GROUP LONG TERM DISABILITY INSURANCE PLAN, | **[Local Rule 6-1]** |
| Defendant, | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Real Party in Interest. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff Victor Polanco and Real Party In Interest Reliance Standard Life Insurance Company, through their attorneys of record, as follows:

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-03188 BZ
464057.1

1. The response Real Party In Interest Reliance Standard Life Insurance Company to plaintiff's Complaint currently are due on August 17, 2009;

2. The parties have agreed that Real Party In Interest Reliance Standard Life Insurance Company may have a 15 day extension, to and including September 1, 2009 to answer or otherwise respond to the Complaint herein; and

3. This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: August 14, 2009          WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP


                              By:   */s/ Dennis J. Rhodes*
                                    ADRIENNE C. PUBLICOVER
                                    DENNIS J. RHODES
                                    Attorneys for Real Party In Interest
                                    RELIANCE STANDARD LIFE
                                    INSURANCE COMPANY


Date: August 14, 2009          LAW OFFICES OF LAURENCE F. PADWAY


                              By:   */s/ Laurence F. Padway*
                                    LAURENCE F. PADWAY
                                    Attorneys for Plaintiff
                                    VICTOR POLANCO


**ORDER**

**IT IS SO ORDERED.**


Date: August 17, 2009          By: *[signature]*
                                    HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES MAGISTRATE JUDGE

---

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-03188 BZ
464057.1

**CERTIFICATE OF SERVICE**
*Victor Polanco v. Genentech, Inc.'s Group Long Term Disability Insurance Plan / Reliance Standard Life Insurance Company*
*USDC NDCA Case #CV09-03188 BZ*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:    (510) 814-0680
Fax:   (510) 814-0650

*Attorneys for Plaintiff*
*VICTOR POLANCO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 17, 2009**, at San Francisco, California.

_____
Nancy Li