1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370

5  Attorneys for Defendant GENETECH, INC.'S
   GROUP LONG TERM DISABILITY PLAN and
6  Real Party in Interest RELIANCE STANDARD
   LIFE INSURANCE COMPANY

8  LAURENCE F. PADWAY (SBN 083914)
   LAW OFFICES OF LAURENCE F. PADWAY
9  1516 Oak Street, Suite 109
   Alameda, CA 94501
10 Tel: (510) 814-0680 / Fax: (510) 814-0650

11 Attorneys for Plaintiff VICTOR POLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR POLANCO,<br><br>           Plaintiff,<br>    vs.<br><br>GENENTECH, INC.'S GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>           Defendant.<br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Real Party In Interest | CASE NO. 3:09-cv-03188-MHP<br><br>STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Whereas, the initial case management conference in the above matter has been scheduled for November 30, 3009 at 4:00 p.m.; and

Whereas, counsel for plaintiff will be out of state on vacation and unable to attend the case

Stipulation re CMC                              1

management conference;

Now, therefore, the parties stipulate to continue the case management conference to **January 11, 2010** ~~December 21, 2009~~ at 4:00 p.m.

IT IS SO STIPULATED.

Date: November 5, 2009      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for GENETECH, INC.'S GROUP LONG TERM DISABILITY PLAN and Real Party in Interest RELIANCE STANDARD LIFE INSURANCE COMPANY

Date: November 5, 2009      LAW OFFICES OF LAURENCE F. PADWAY

By: /s/
LAURENCE F. PADWAY
Attorneys for Plaintiff
VICTOR POLANCO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 11/6/2009      By: _____
Honorable Marilyn H. Patel
United States District Court Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (seal, Northern District of California)*

Stipulation re CMC                     2