1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370

5  Attorneys for Defendant GENETECH, INC.'S
   GROUP LONG TERM DISABILITY PLAN and
6  Real Party in Interest RELIANCE STANDARD
   LIFE INSURANCE COMPANY
7

8  LAURENCE F. PADWAY  (SBN 083914)
   LAW OFFICES OF LAURENCE F. PADWAY
9  1516 Oak Street, Suite 109
   Alameda, CA  94501
10 Tel: (510) 814-0680 / Fax: (510) 814-0650

11 Attorneys for Plaintiff VICTOR POLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR POLANCO,<br><br>            Plaintiff,<br>      vs.<br><br>GENENTECH, INC.'S GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>            Defendant.<br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>      Real Party In Interest | CASE NO. 3:09-cv-03188-MHP<br><br>STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        Whereas, the initial case management conference in the above matter has been scheduled for November 30, 3009 at 4:00 p.m.; and

        Whereas, counsel for plaintiff will be out of state on vacation and unable to attend the case

Stipulation re CMC                                1

1 | management conference;

3 | Now, therefore, the parties stipulate to continue the case management conference to **January 11, 2010**
4 | ~~December 21, 2009~~ at 4:00 p.m.

7 | IT IS SO STIPULATED.

9 | Date: November 5, 2009          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

10 |                                By:   /s/
                                          Adrienne C. Publicover
11 |                                      Dennis J. Rhodes
                                          Attorneys for GENETECH, INC.'S GROUP LONG TERM
12 |                                      DISABILITY PLAN and Real Party in Interest RELIANCE
                                          STANDARD LIFE INSURANCE COMPANY

15 | Date: November 5, 2009          LAW OFFICES OF LAURENCE F. PADWAY

17 |                                By:   /s/
                                          LAURENCE F. PADWAY
                                          Attorneys for Plaintiff
18 |                                      VICTOR POLANCO

20 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 | Date:  11/6/2009                By:   _____
23 |                                       Honorable Marilyn H. Patel
                                           United States District Court Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation re CMC                                    2