ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370
Attorneys for Real Party In Interest
RELIANCE STANDARD LIFE INSURANCE COMPANY


LAURENCE F. PADWAY (SBN 083914)
Email: lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: (510) 814-0680 / Fax: (510) 814-0650
Attorneys for Plaintiff VICTOR POLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR POLANCO,<br><br>            Plaintiff,<br><br>    v.<br><br>GENENTECH, INC.'S GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>            Defendant,<br>_____<br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>            Real Party in Interest. | Case No.:   CV09-03188 MHP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 26, 2010 AND [PROPOSED] ORDER** |

Plaintiff Victor Polanco and Real Party In Interest Reliance Standard Life Insurance Company, by and through their attorneys of record, hereby stipulate and request that this Court continue the Case Management Conference for 28 days to April 12, 2010, for good cause as follows:

---

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 26, 2010
AND [PROPOSED] ORDER

USDC NDCA Case #CV09-03188 MHP
519237.1

On January 11, 2010, this Court held a Case Management Conference. At the conference, the Court continued the matter to March 15, 2010, to give Real Party In Interest Reliance Standard Life Insurance Company the time to review and assess additional information from plaintiff's relating to the claim for disability benefits.

Reliance Standard has already ordered and plaintiff has already attended one IME. Reliance Standard has ordered a second IME and plaintiff has agreed to attend. That IME has not yet been scheduled and the parties are currently working to set the date. Once the second IME is concluded, the report will have to be drafted and Reliance Standard will need time to review it. The parties anticipate that the additional time will allow the IME and review process to be completed. Plaintiff does not agree that the IMEs are appropriate and does not waive his objections by participating.

Therefore, it is hereby stipulated that the Case Management Conference currently set for March 15, 2010 at 3:00 p.m. be continued to April 26, 2010, at 3:00 p.m., or to the next closest date to accommodate this Court's calendar should April 26, 2010 not be a viable date. A joint Case Management will be due to be filed on or before April 19, 2010.

**SO STIPULATED:**

Date: March 9, 2010          WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

                                     By:   /s/ Dennis J. Rhodes
                                           ADRIENNE C. PUBLICOVER
                                           DENNIS J. RHODES
                                           Attorneys for Real Party In Interest
                                           RELIANCE STANDARD LIFE
                                           INSURANCE COMPANY

Date: March 9, 2010          LAW OFFICES OF LAURENCE F. PADWAY

                                     By:   /s/ Laurence F. Padway
                                           LAURENCE F. PADWAY
                                           Attorneys for Plaintiff
                                           VICTOR POLANCO

---

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 26, 2010
AND [PROPOSED] ORDER
USDC NDCA Case #CV09-03188 MHP
519237.1

1 **ORDER**

2 **PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD**

3 **CAUSE APPEARING IT IS HEREBY ORDERD THAT:** the Case Management Conference

4 currently set for March 15, 2010 at 3:00 p.m. is continued to April ~~29~~ 26, 2010, at 3:00 p.m.  A joint

5 Case Management Statement shall be filed on or before April ~~19~~ 16, 2010.

6

7 Date: 3/11/2010                    By: _____

8                                         HONORABLE MARILYN H. PATEL
                                          UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

---

3

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 26, 2010
AND [PROPOSED] ORDER**

USDC NDCA Case #CV09-03188 MHP
519237.1

**CERTIFICATE OF SERVICE**
*Victor Polanco v. Genentech, Inc.'s Group Long Term Disability Insurance Plan / Reliance Standard Life Insurance Company*
USDC NDCA Case #CV09-03188 MHP

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 26, 2010 AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:     (510) 814-0680
Fax:    (510) 814-0650

*Attorneys for Plaintiff*
*VICTOR POLANCO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **March 9, 2010**, at San Francisco, California.

_____
Nancy Li