1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370
   Attorneys for Real Party In Interest
6  RELIANCE STANDARD LIFE INSURANCE COMPANY

7  LAURENCE F. PADWAY (SBN 083914)
   Email: lpadway@padway.com
8  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
9  Alameda, CA 94501
   Tel: (510) 814-0680 / Fax: (510) 814-0650
10 Attorneys for Plaintiff VICTOR POLANCO

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 VICTOR POLANCO,                    )  Case No.:    CV09-03188 MHP
                                      )
14        Plaintiff,                  )  **STIPULATION TO CONTINUE CASE**
                                      )  **MANAGEMENT CONFERENCE TO**
15    v.                              )  **MAY 25, 2010 AND [PROPOSED] ORDER**
                                      )
16 GENENTECH, INC.'S GROUP LONG TERM  )
   DISABILITY INSURANCE PLAN,         )
17                                    )
          Defendant,                  )
18 _____    )
                                      )
19 RELIANCE STANDARD LIFE INSURANCE   )
   COMPANY,                           )
20                                    )
          Real Party in Interest.     )
21 _____    )

22     Plaintiff Victor Polanco and Real Party In Interest Reliance Standard Life Insurance

23 Company, by and through their attorneys of record, hereby stipulate and request that this Court

24 continue the Case Management Conference to May 25, 2010 at 3:00 p.m, for good cause as

25 follows:

26     On January 11, 2010, this Court held a Case Management Conference. At the conference,

27 the Court continued the matter to March 15, 2010, to give Real Party In Interest Reliance Standard

28 Life Insurance Company the time to review and assess additional information from plaintiff's

---
                                              1
              STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
                      TO MAY 25, 2010 AND [PROPOSED] ORDER
USDC NDCA Case #CV09-03188 MHP
535757.1

1  relating to the claim for disability benefits.

2      Reliance Standard has already ordered and plaintiff has already attended one IME. Since the last request for continuance, Reliance Standard has ordered a second IME which plaintiff has agreed to attend on May 5, 2010. Once the second IME is concluded, the report will be sent to Reliance Standard which will need time to review it. The parties anticipate that the additional time will allow the IME and review process to be completed. Plaintiff does not agree that the IMEs are appropriate and does not waive his objections by participating.

    Therefore, it is hereby stipulated that the Case Management Conference currently set for April 26, 2010 be continued to May 25, 2010 or to the next closest date to accommodate this Court's calendar. A joint Case Management Conference Statement will be due to be filed on May 14, 2010.

**SO STIPULATED:**

Date: April 22, 2010        WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                              By: /s/ Dennis J. Rhodes
                                 ADRIENNE C. PUBLICOVER
                                 DENNIS J. RHODES
                                 Attorneys for Real Party In Interest
                                 RELIANCE STANDARD LIFE INSURANCE COMPANY

Date: April 22, 2010        LAW OFFICES OF LAURENCE F. PADWAY

                              By: /s/ Laurence F. Padway
                                 LAURENCE F. PADWAY
                                 Attorneys for Plaintiff VICTOR POLANCO

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING IT IS HEREBY ORDERD THAT:** the Case Management Conference currently set for April 26, 2010, at 3:00 p.m. is continued to May 25, 2010, at 3:00 p.m. [24 written above 25] A joint Case Management Statement shall be filed on or before May 14, 2010.

Date: 4/23/2010            By:
                                 HONORABLE MARILYN H. PATEL
                                 UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

## CERTIFICATE OF SERVICE
*Victor Polanco v. Genentech, Inc.'s Group Long Term Disability Insurance Plan / Reliance Standard Life Insurance Company*
*USDC NDCA Case #CV09-03188 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MAY 25, 2010 AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:     (510) 814-0680
Fax:    (510) 814-0650

*Attorneys for Plaintiff*
**VICTOR POLANCO**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 22, 2010**, at San Francisco, California.

_____
Nancy Li