LAURENCE F. PADWAY, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Victor Polanco

ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant GENETECH, INC.'S GROUP LONG TERM DISABILITY PLAN and Real Party in Interest RELIANCE STANDARD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR POLANCO,<br><br>Plaintiff,<br>vs.<br><br>GENENTECH, INC.'S GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>Defendant.<br>_______________________________/<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Real Party In Interest<br>_______________________________/ | No. C09-03188 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BRIEFING SCHEDULE AND MOTIONS<br><br>Date: August 9, 2010<br>Time: 2:00 p.m.<br><br>Hon. Marilyn Hall Patel |

Whereas, on May 24, 2010, the Court ordered that motions were to be filed no later than July 2; and

Whereas, the parties participated in mediation under the Court's ADR program on July 1, and the mediation is not completed, but is expected to be completed on Tuesday July 6;

Now therefore the parties stipulate that the date for filing of the above motions be continued to July 9 in order to allow the parties time to complete the mediation and potentially avoid the need to file those motions. The parties also stipulate that the date of the hearing will be continued from August 9, 2010 to August 16, 2010.

IT IS SO STIPULATED.

Date: July 6, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for Defendant GENENTECH, INC.'S GROUP LONG TERM DISABILITY PLAN and Real Party in Interest RELIANCE STANDARD LIFE INSURANCE COMPANY

Date: July 6, 2010

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
Laurence F. Padway
Attorneys for Plaintiff
Victor Polanco

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/07/10

Hon. Marilyn
United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Marilyn H. Patel