1  LAURENCE F. PADWAY, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-0680
   Facsimile : (510)814-0650
4

5  Attorneys for plaintiff
         Victor Polanco
6
   ADRIENNE C. PUBLICOVER (SBN 161432)
7  DENNIS J. RHODES (SBN 168417)
   WILSON, ELSER, MOSKOWITZ,
8     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
9  San Francisco, California 94105
   Tel: (415) 433-0990 / Fax: (415) 434-1370
10
   Attorneys for Defendant GENETECH, INC.'S
11 GROUP LONG TERM DISABILITY PLAN and
   Real Party in Interest RELIANCE STANDARD
12 LIFE INSURANCE COMPANY

13

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16

17 VICTOR POLANCO,                              No. C09-03188 MHP

18                                              STIPULATION AND [PROPOSED]
            Plaintiff,                          ORDER CONTINUING BRIEFING
19    vs.                                       SCHEDULE AND MOTIONS

20 GENENTECH, INC.'S GROUP
   LONG TERM DISABILITY
21 INSURANCE PLAN,

22          Defendant.
   _____/
23
   RELIANCE STANDARD LIFE
24 INSURANCE COMPANY,

25          Real Party In Interest

26 _____/

27          Whereas, on May 24, 2010, the Court ordered that motions were to be filed no later

28 than July 2; and

   Stipulation to Continue Motions and Briefing Schedule        1

Whereas, the parties met in mediation under the Court's ADR program on July 1;

Whereas, the parties are continuing to discuss settlement under the supervision of the Court appointed mediator, Margaret Corrigan;

Whereas, in discussion among the parties and the mediator, it appears that the settlement discussions may require an additional two weeks to reach conclusion; and

Whereas, there has been one prior continuance of the July 2 motion deadline to July 9;

Now therefore the parties stipulate that the date for filing of the above motions be continued to July 23 in order to allow the parties time to complete the mediation and potentially avoid the need to file those motions, and that the date for hearing the motions be continued from August 16, 2010 to August 30, 2010.  Futher, the case management conference now set for August 16,2010 should likewise be continued to August 30, 2010.  The parties will file an updated joint CMC statement no later than August 20, 2010.

IT IS SO STIPULATED.

Date: July 9, 2010           WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP


                       By:   /s/ Dennis J. Rhodes
                             Adrienne C. Publicover
                             Dennis J. Rhodes
                             Attorneys for Defendant GENENTECH, INC.'S
                             GROUP LONG TERM DISABILITY PLAN and
                             Real Party in Interest RELIANCE STANDARD
                             LIFE INSURANCE COMPANY

Stipulation to Continue Motions and Briefing Schedule           2

1 | Date: July 9, 2010         LAW OFFICES OF LAURENCE F. PADWAY

3 |                      By:    /s/ Laurence F. Padway
                                Laurence F. Padway
4 |                             Attorneys for Plaintiff
                                Victor Polanco

7 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

9 | Dated: 7/15/2010

10 |                              Hon. Marilyn␣␣␣␣␣␣␣␣␣␣␣␣
                                  United States␣␣␣␣␣␣␣␣␣␣

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation to Continue Motions and Briefing Schedule         3