ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370
Attorneys for Real Party In Interest
RELIANCE STANDARD LIFE INSURANCE COMPANY

LAURENCE F. PADWAY (SBN 083914)
Email: lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: (510) 814-0680 / Fax: (510) 814-0650
Attorneys for Plaintiff VICTOR POLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR POLANCO, <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC.'S GROUP LONG TERM DISABILITY INSURANCE PLAN, <br><br> Defendant, <br><br> RELIANCE STANDARD LIFE INSURANCE COMPANY, <br><br> Real Party in Interest. | Case No.:   CV09-03188 MHP <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff Victor Polanco and Real Party In Interest Reliance Standard Life Insurance Company, by and through their attorneys of record, Laurence F. Padway, Esq. of the Law Office of Laurence F. Padway on behalf of Plaintiff and Dennis J. Rhodes, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP on behalf of Defendant and Real Party in Interest, HEREBY STIPULATE that the above-captioned matter and all claims for relief therein can be dismissed

with prejudice as to all Parties in its entirety pursuant to the Parties' agreement to resolve the disputed claims. Each party to bear its own fees and costs.

**SO STIPULATED:**

Date: August 16, 2010            WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP

                         By: /s/ Dennis J. Rhodes
                             ADRIENNE C. PUBLICOVER
                             DENNIS J. RHODES
                             Attorneys for Real Party In Interest
                             RELIANCE STANDARD LIFE
                             INSURANCE COMPANY

Date: August 5, 2010             LAW OFFICES OF LAURENCE F. PADWAY

                         By: /s/ Laurence F. Padway
                             LAURENCE F. PADWAY
                             Attorneys for Plaintiff
                             VICTOR POLANCO

### ORDER

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claims. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: 8/23/2010           By: _____
                              HONORABLE
                              UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

# CERTIFICATE OF SERVICE
*Victor Polanco v. Genentech, Inc.'s Group Long Term Disability Insurance Plan / Reliance Standard Life Insurance Company*
*USDC NDCA Case #CV09-03188 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER TO APRIL 26, 2010 AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:    (510) 814-0680
Fax:   (510) 814-0650

*Attorneys for Plaintiff*
*VICTOR POLANCO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 17, 2010**, at San Francisco, California.

_____
Stacey Muller

---

3
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-03188 MHP
572577.1